# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

**CARLOS RODRIGUEZ,**

      **Petitioner,**

**v.**                                                    **Case No. 5:14cv355-MW/CJK**

**N.C. ENGLISH, et al.,**

      **Respondents.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 17.   Upon consideration, no objections having been filed by Petitioner,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "The motion to dismiss of Respondent, N.C. English, ECF No. 13, is **GRANTED**.  The habeas corpus petition, ECF No. 1, is **DISMISSED** for lack of jurisdiction.  A certificate of appealability is **DENIED**."   The Clerk shall close the file.

**SO ORDERED on July 31, 2015.**

                                    **s/Mark E. Walker**
                                    **United States District Judge**